THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAHMUT BLAZA, Appellant.

*Crimes — conviction of murder in first degree.*

(Argued April 19, 1920; decided June 1, 1920.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered October 31, 1919, upon a verdict convicting the defendant of the crime of murder in the first degree.

*George Gordon Battle, Frederick A. Ware, Ely Rosenberg* and *L. F. Fish* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.